# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION



FILED

JUN 07 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ANDREA NEWBY, | CV 18–03–M–DLC |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, | ORDER |
| Defendants. | |

Pursuant to the Notice of voluntary dismissal (Doc. 5) filed by the Plaintiff and Federal Rule of Civil Procedure 41(a)(1),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 7ᵗʰ day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court